AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States                               District of   Massachsetts, Boston

FILED
CLERKS OFFICE

2003 DEC 16  A 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAULA O'ROURKE,
        PLAINTIFF,
        V.

INTERGRATED DISABILITY RESOURCES
GREAT WEST, FIRST ALLMERICA,
FINANCIAL LIFE INSURANCE CO.
        DEFENDANTS,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 03-12365PBS

TO: (Name and address of Defendant)

Integrated Disability Resources
440 Lincoln Street
Worcester, MA 01653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy L. Hall
The Hall Law Office
102 State St, Ste. F
Newburyport, MA 01950

(978) 499-7111

an answer to the complaint which is herewith served upon you, within __Twenty(20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

November 24, 2003
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| | |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
*Worcester, ss*

12/10/2003

I hereby certify and return that on 12/09/2003 at 02:26pm I served a true and attested copy of the Summons and Complaint and Jury demand in this action in the following manner: To wit, by delivering in hand to RICHARD BERGES, agent, person in charge at the time of service for INTEGRATED DISABILITY RESOURCES at 440 LINCOLN ST, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff. Kenneth R Hannam

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                      *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.