AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States                District of    Massachusetts, Boston

FILED
CLERK'S OFFICE
2003 DEC 16  A 11: 51

PAULA O'ROURKE
    Plaintiff,

V.

ITERGRATED DISABILITY RESOURCES
GREAT WEST, FIRST ALLMERICA,
FINANCIAL LIFE INSURANCE CO.

    Defendants,

SUMMONS IN A CIVIL CASE
DISTRICT OF MASS.

CASE NUMBER:

**03-12365 PBS**

TO: (Name and address of Defendant)

Great West
440 Lincoln Street
Worcester, MA 01653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy L. Hall
The Hall Law Office
102 State St, Ste F
Newburyport, MA 01950

an answer to the complaint which is herewith served upon you, within ___Twenty( 20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

November 24, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME | TITLE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

12/10/2003

I hereby certify and return that on 12/09/2003 at 02:26pm I served a true and attested copy of the Summons and Complaint and Jury demand in this action in the following manner: To wit, by delivering in hand to RICHARD BERGES, , agent, person in charge at the time of service for GREAT WEST at 440 LINCOLN ST, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff. Kenneth R Hannam

_Deputy Sheriff Hannam_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                 Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.