# UNITED STATES DISTRICT COURT

United States                    District of Massachusetts, Boston

FILED
CLERKS OFFICE

PAULA O'ROURKE

    Plaintiff,

V.

INTERGRATED DISABILITY RESOURCES
GREAT WEST, FIRST ALLMERICA,
FINANCIAL LIFE INSURANCE CO.

    Defendants,

2003 DEC 16 A 11:51

**SUMMONS IN A CIVIL CASE**
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 03-12365 PBS

TO: (Name and address of Defendant)

First All America Financial Life Insurance Co.
440 Lincoln Street
Worcester, MA 01653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy L. Hall
The Hall Law Office
102 State St, Ste F
Newburyport, MA 01950

(978) 499-7111

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

December 24, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

12/10/2003

I hereby certify and return that on 12/09/2003 at 02:26pm I served a true and attested copy of the Summons and Complaint and Jury demand in this action in the following manner: To wit, by delivering in hand to RICHARD BERGES, agent, person in charge at the time of service for FIRST ALL AMERICA FINANCIAL LIFE INSURANCE CO at 440 LINCOLN ST, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff. Kenneth R Hannam

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.