UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAULA O'ROURKE,

              Plaintiff,

v.                                         CIVIL ACTION
                                          NO. 03-12365-PBS

INTEGRATED DISABILITY
RESOURCES, and FIRST ALLMERICA
FINANCIAL LIFE INSURANCE COMPANY
              Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

      The plaintiff, Paula O'Rourke, moves to this court to allow the scheduling conference to be continued to a date other than March 17, 2004. In support of the Motion the Plaintiff through her counsel states as follows:

1. I, Nancy L. Hall represent the plaintiff Paula O'Rourke in this action for breach of a long term disability policy.

2. I am aware that a continuance is generally not granted other than for reason of trial. However, I am a sole practitioner and do not employ associates who may be able to cover the scheduling conference.

3. I am requesting a continuance of the scheduling conference because I am scheduled to be out of the country from March 13th to March 20, 2004.

4. I cannot reschedule my plans to travel outside the country without significant financial cost and inconvenience.

5. I am available any date the following week other than Friday, March 26, 2004 where I am scheduled to appear for trial.

6. Counsel for the defendants have assented to this request.

Respectfully Submitted,

*[signature: Nancy Hall]*

Nancy L. Hall BBO# 561470
The Hall Law Office
102 State Street, Suite F
Newburyport, MA  01950
(978) 499-7111

## CERTIFICATE OF SERVICE

I, Nancy L. Hall, certify that I have caused a copy of this Motion to be mailed postage pre-paid to counsel of record, Mirick, O'Connell, Attorney Elizabeth Greene, this day the 26th day of February 2004.

*[signature: Nancy Hall]*

Nancy L. Hall, Esq.