UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'ROURKE,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES, GREAT WEST, and FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 03-12365-PBS |

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST INTEGRATED DISABILITY RESOURCES, INC. AND GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY**

The parties to the above-entitled action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that the claims against defendants, Integrated Disability Resources, Inc. and Great-West Life & Annuity Insurance Company are dismissed without prejudice.

| PAULA O'ROURKE | INTEGRATED DISABILITY RESOURCES, INC., GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, and FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Nancy L. Hall (JMH)<br>Nancy L. Hall, BBO #561470<br>The Hall Law Office<br>102 State Street, Suite F<br>Newburyport, MA 01950<br>(978) 499-7111 | /s/ Joseph M. Hamilton<br>Joseph M. Hamilton, BBO #546394<br>Elizabeth L. B. Greene, BBO #561456<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(508) 791-8500 |
| Dated: March 25, 2004 | Dated: March 25, 2004 |

{H:\PA\Lit\19194\00001\A0690717.DOC}