UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'ROURKE,<br>    Plaintiff<br><br>V.<br><br>FIRST ALLMERICA FINANCIAL LIFE<br>INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 03-12365-PBS |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

The defendant, pursuant to Local Rule 7.3, hereby makes the following disclosure:

First Allmerica Financial Life Insurance Company is a wholly owned subsidiary of Allmerica Financial Life Insurance & Annuity Company, which is a wholly owned subsidiary of Allmerica Financial Corporation.

    FIRST ALLMERICA FINANCIAL LIFE
    INSURANCE COMPANY

    By its attorneys,

    /s/ Joseph M. Hamilton
    Joseph M. Hamilton, BBO #546394
    Elizabeth L. B. Greene, BBO #561456
    Mirick, O'Connell, DeMallie & Lougee, LLP
    100 Front Street
    Worcester, MA 01608-1477
    Ph.: (508) 791-8500; Fax: (508) 791-8502

Dated: March 25, 2004

### CERTIFICATE OF SERVICE

    I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Nancy L. Hall, Esq., at The Hall Law Office, 102 State Street, Suite F, Newburyport, MA 01950.

    /s/ Joseph M. Hamilton
    Joseph M. Hamilton

Dated: March 25, 2004

{H:\PA\Lit\19194\00001\A0687286.DOC}