UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

*********************************************

Paula O'Rourke,
    Plaintiff

Civil Action: 03-12365-PBS

v.

First Allmerica Financial Life
Insurance Company,
    Defendant
*********************************************

### CERTIFICATION OF PLAINTIFF AND PLAINTIFF COUNSEL PURSUANT TO LOCAL RULE 16.1 D(3)

    We, Paula O'Rourke, plaintiff in the above captioned case and Nancy L. Hall, attorney for the plaintiff affirm the following:

1. We have conferred about a budget for the costs that we may incur to conduct a full course of litigation or to engage in various alternative courses of litigation; and,
2. If appropriate, we are willing to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Submitted and affirmed by:

_Paula O'Rouke_
Paula O'Rouke, plaintiff

Submitted and affirmed by:

_Nancy L. Hall_
Nancy L. Hall BBO 561470
HALL LAW OFFICE
102 State Street
Newburyport, MA 01950
(978) 499-7111