UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAULA O'ROURKE,
    Plaintiff

V.

INTEGRATED DISABILITY RESOURCES,
GREAT WEST, and FIRST ALLMERICA
FINANCIAL LIFE INSURANCE
COMPANY,
    Defendants

CIVIL ACTION NO. 03-12365-PBS

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Joseph M. Hamilton, attorney for defendant, First Allmerica Financial Life Insurance Company, and Ralph Diller, Esq., its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____
Joseph M. Hamilton, BBO #546394
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

_____
Ralph Diller
Corporate Counsel
320 West Newberry Road
Bloomfield, CT 06002

Dated: 3/22/04

{H:\PA\Lit\19194\00001\A0698432.DOC}