UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paula O'Rourke
Plaintiff,

        V.        Civil Action Number
                03-12365-PBS

First Allmerica Financial Life Ins. Co.
Defendant.        March 31, 2003

## SCHEDULING ORDER

Saris, D.J.,

Administrative Record produced by: 5/1/04

Depositions by: 6/1/04

Fact Discovery deadline: 7/1/04

Summary Judgment Motion filing deadline: 8/1/04

Opposition to Summary Judgment Motions: 8/15/04

Hearing on Summary Judgment or Pretrial Conference: 9/9/04 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2004

        By the Court,

        s/ Robert C. Alba
        Deputy Clerk