UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAULA O'ROURKE,

        Plaintiff,                  CIVIL ACTION
v.                                          No.03-12365-PBS

FIRST ALLMERICA FIN. LIFE,

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court         **COURTROOM #1, 5th FLOOR**
595 Main St.                  **DATE AND TIME:**
Worcester, MA 01608        **July 27, 2004, at 10:00 A.M.**

_____
Type of Proceeding:


**MEDIATION**

**ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!**



_____
                                CHARLES B. SWARTWOOD, III
                                MAGISTRATE JUDGE



<u>July 6, 2004</u>                  /s/ Sherry Jones
Date                            Sherry Jones,
                                Deputy Clerk
                                (508) 929-9901