UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAULA O'ROURKE,

        Plaintiff,

V.                                    CIVIL NO.  03-12365-PBS

FIRST ALLMERICA FINANCIAL LIFE INS.,

        Defendant,

### REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SARIS

SWARTWOOD, M.J.

On  JULY 27, 2004     I held the following ADR proceeding:

|     | EARLY NEUTRAL EVALUATION | X | MEDIATION |
|-----|--------------------------|---|-----------|
|     | MINI-TRIAL               |   | SUMMARY JURY TRIAL |
|     | SETTLEMENT CONFERENCE    |   |           |

The parties were present in person or by an authorized corporate officer .
The case was:

( X )  Settled.  Your clerk should enter a   30    day order of dismissal.
(   )  There was progress.  A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
(   )  Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.
(   )  Suggested strategy to facilitate settlement:


 JULY 27,  2004             /s/ Charles B. Swartwood, III
Date                                      CHARLES B. SWARTWOOD, III, MJ