UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



PAULA O'ROURKE,
Plaintiff

V.

FIRST ALLMERICA FINANCIAL LIFE
INSURANCE COMPANY,
Defendant

CIVIL ACTION NO. 03-12365-PBS

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that all claims set forth in said action be dismissed with prejudice, without costs, and waiving all rights of appeal.

PAULA O'ROURKE

By her attorney,

_____
Nancy L. Hall, BBO #561470
The Hall Law Office
102 State Street, Suite F
Newburyport, MA 01950
(978) 499-7111

Dated: 8/11/04

FIRST ALLMERICA FINANCIAL LIFE
INSURANCE COMPANY

By its attorneys,

_____
Joseph M. Hamilton, BBO #546394
Elizabeth L. B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(508) 791-8500

Dated: 8/16/04

{H:\PA\Lit\19194\00001\A0725147.DOC}





August 16, 2004

Clerk of Court
United States District Court
One Courthouse Way
Suite 2300
Boston, MA 02210

    Re: Paula O'Rourke v. Integrated Disability Resources, Inc., et al
        Civil Action No. 03-12365-PBS

Dear Sir/Madam:

    Enclosed for filing in the above-referenced matter please find the Stipulation of Dismissal.

    Also enclosed is a copy of the Stipulation, which I request that you stamp with the date of filing and return to me in the enclosed self-addressed stamped envelope.

    Thank you for your assistance. Please call should you have any questions.

                                    Very truly yours,

                                    Elizabeth L. B. Greene

EBG/sbb
Enclosures

cc:    Nancy Hall, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

{H:\PA\Lit\19194\00001\A0728473.DOC}

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickOConnell.com